Official Form 1. P1 (6-90)

# FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court<br>District of | VOLUNTARY PETITION |
|---|---|
| **IN RE (Name of debtor-if individual, enter Last, First, Middle)**<br>MCCORMICK, SETH | **NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)** |
| **ALL OTHER NAMES used by debtor in the last 6 years** (include married, maiden and trade names)<br>N/A | **ALL OTHER NAMES used by the joint debtor in the last 6 years** (include married, maiden and trade names.) |
| **SOC. SEC./TAX I.D. NO.** (If more than one, state all)<br>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 | **SOC. SEC./TAX I.D. NO.** (If more than one, state zip) |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state, zip)<br>12854 S> Carpenter St.<br>Calumet Park, Ill 60827 | **STREET ADDRESS OF JOINT DEBTOR** (No. and street, city, state, zip) |
| **COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**<br>COOK | **COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS** |
| **MAILING ADDRESS OF DEBTOR** (If different from street address)<br>N/A | **MAILING ADDRESS OF JOINT DEBTOR** (If different from street address) |
| **LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from addresses listed above)<br>N/A | Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br>There is a bankruptcy case concerning debtors affiliate, general partner or partnership pending in this District |

Chapter 13 W/No Plan

NO DISKETTE

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
- [X] Individual
- [ ] Joint (H&W)
- [ ] Partnership
- [ ] Other _____
- [ ] Corporation Publicly Held
- [ ] Corporation Not Publicly Held
- [ ] Municipality

**NATURE OF DEBT**
- [X] Non-Business Consumer
- [ ] Business - Complete A&B below

**A. TYPE OF BUSINESS** (check one box)
- [ ] Farming
- [ ] Professional
- [ ] Retail/Wholesale
- [ ] Railroad
- [ ] Transportation
- [ ] manufacturing/Mining
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Construction
- [ ] Real Estate
- [ ] Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] §304-Case Ancillary to Foreign Proceeding

**FILING FEE** (Check one box)
- [ ] Filing fee attached.
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) see Official Form No. 3-

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
WILLIS E. BROWN
120 W. MADISON ST. SUITE 825
CHICAGO, ILL 60602
Telephone No.

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**
WILLIS E. BROWN
[ ] Debtor is not represented by an attorney

## STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
- [X] 1-15
- [ ] 16-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1000-over

**ESTIMATED ASSETS** (in thousands of dollars)
- [ ] Under
- [X] 50-99
- [ ] 100-499
- [ ] 500-999
- [ ] 1000-9999
- [ ] 10,000-99,000
- [ ] over 100,00

**ESTIMATED LIABILITIES** (in thousands of dollars)
- [ ] Under 50
- [ ] 50-99
- [X] 100-499
- [ ] 500-U99
- [ ] 1000-9999
- [ ] 10,000-99,000
- [ ] over 100.00

**ESTIMATED NUMBER OF EMPLOYEES - CH 11 8,12 ONLY**
- [X] 0
- [ ] 1-19
- [ ] 20-99
- [ ] 100-999
- [ ] 1000

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY**
- [ ] 30
- [ ] 1-19
- [ ] 20-99
- [ ] 100-499
- [ ] 500-

## THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/29/2004
Time: 14:37:22
Debtor: SETH MCCORMICK
Case: 04-40264     Fee : 194
Chapter: 13  Rec. # : 3108759
Judge: Susan Pierson Sonderby
341 mtg: 11/24/2004 @ 01:00PM
ConfHrg: 12/16/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK40264-BK001

Name of Debtor: MCCORMICK, SETH                Case No. _____
(Court use only)

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.
- [ ] A copy of debtor's proposed plan dated _____ is attached.
- [X] Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| CHICAGO, ILL | 03B14721 | 5/7/03 |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | N/A | |
| Relationship | District | Judge |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

### SIGNATURES

**ATTORNEY**
X [signature]    Date 10/25/04

**INDIVIDUAL/JOINT DEBTOR(S)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
X [signature: Seth McCormick]
Signature of Debtor
Date

X _____
Signature of Joint Debtor
Date

**CORPORATE OR PARTNERSHIP DEBTOR**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.
X _____
Signature of Authorized Individual

Print or Type Name of Authorized Individual

Title of Individual Authorized by Debtor to File this Petition
Date

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)
- [ ] Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____    Date _____
Signature of Debtor

X _____    Date _____
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    Date _____
Signature of Attorney

3059-2● 1991 JULIUS BLUMBERG, INC., NYC 10013

## SETH MCCORMICK

South Shore Bank
7054 S. Jeffery Blvd.
Chicago, Illinois

Mercedes credit Corp.
2040 Roakone Rd.
West Lake, Texas

GMAC
C/O Triadvantage Credit Service Inc.
1160 Centre Pointe Dr. Suite #1
Mendota Heights, Mn. 55120

MBNA
P.O. Box 15026
Wilmington, Delaware 19850

Discover Card
P.O. Box 30397
Salt Lake, Utah 84130

Citibank
P.O. Box 8034
South Hackensack, N.J. 07606

B201 (Rev. 12/00)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are eligible for chapter 13 only if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

I, the debtor, affirm that I have read this notice.

10/28/04
Date

_____
Signature of Debtor

_____
Case Number

DISTRIBUTION:      DEBTOR      COURT