```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 40264
   SETH MCCORMICK
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8721

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/29/2004 and was confirmed 03/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/16/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
SHOREBANK CORP ~          CURRENT MORTG           .00          .00            .00
MERCEDES BENZ FINANCIAL   FILED LATE         27051.85          .00            .00
GENERAL MOTORS ACCEPTANC  UNSECURED         NOT FILED          .00            .00
MBNA AMERICA              UNSECURED         NOT FILED          .00            .00
DISCOVER                  UNSECURED         NOT FILED          .00            .00
RESURGENT ACQUISITION LL  UNSECURED           4257.23          .00        4257.23
ECAST SETTLEMENT CORP     UNSECURED           8409.89          .00        8409.89
WILLIS E BROWN            DEBTOR ATTY             .00                         .00
TOM VAUGHN                TRUSTEE                                          687.97
DEBTOR REFUND             REFUND                                             7.91

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             13,363.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                  12,667.12
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          687.97
DEBTOR REFUND                                   7.91
                    --------------         --------------
TOTALS              13,363.00              13,363.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 10/25/07                   _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE